# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Cherry Industries LLC,

                Plaintiff,        Case No. 24-cv-12060

v.                                   Judith E. Levy
                                       United States District Judge

Brian Pangrle, *et al.*,

                                   Mag. Judge Curtis Ivy, Jr.

                Defendants.

_____/

## ORDER VACATING ORDER TO SHOW CAUSE [4]

On August 13, 2024, the Court ordered Plaintiff to show cause why this case should not be dismissed for lack of subject matter jurisdiction. (ECF No. 4.) Plaintiff timely responded on August 26, 2024. (ECF No. 5.)

The appropriate action has been taken and accordingly the Court's order to show cause has been satisfied and is vacated.

IT IS SO ORDERED.

Dated: August 27, 2024                s/Judith E. Levy
Ann Arbor, Michigan               JUDITH E. LEVY
                                              United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 27, 2024.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
